
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| PARK, Yong Kyu, A96 140 923 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08C0872 |
| ) | |
| PETER D. KEISLER, Acting Attorney General of ) | Magistrate Judge Cole |
| the United States; ) | |
| MICHAEL CHERTOFF, Secretary, Department of ) | Judge John W. Darrah |
| Homeland Security; ) | |
| EMILIO T. GONZALEZ, Director of United ) | |
| States of Citizenship and Immigration Services; ) | |
| GERARD HEINAUER, Director of Nebraska Service ) | |
| Center; ) | |
| ROBERT S. MUELLER III, Director of ) | |
| Federal Bureau of Investigation; ) | |
| ROBERT BLACKWOOD, Field Office Director, ) | |
| USCIS Chicago Field Office; ) | |
| PATRICK FITZGERALD, U. S. Attorney ) | |
| ) | |
| Defendants. ) | |

**F I L E D**

MAR 14 2008 TG
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLAINTIFF'S NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Yong Kyu Park, hereby Voluntarily dismisses the above-captioned action against defendants without prejudice.

Dated: March 12, 2008

Respectfully Submitted,

Yong Kyu Park

By: _____
Hongmee Lee, Attorney for Plaintiff

Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870

**CERTIFICATE OF SERVICE**

Re:   Park, Yong Kyu, A96 140 923

I hereby certify that on this __12th__ day of __March__, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.


NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Peter D. Keisler
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001




_____   3/12/08
Hongmee Lee                   Date
Attorney for Plaintiff
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)

**CERTIFICATE OF SERVICE**

Re:　Park, Yong Kyu, A96 140 923

I hereby certify that on this 12th day of March, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.

NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Emilio T. Gonzalez
Director of USCIS
USCIS
20 Massachusetts Avenue, NW
Washington, D.C. 20529

_____　3/12/08
Hongmee Lee　　　　　　　　　　　　Date
Attorney for Respondent
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)

# CERTIFICATE OF SERVICE

Re:   Park, Yong Kyu, A96 140 923

I hereby certify that on this 12th day of March, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.

NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Gerard Heinauer
Director of NSC
USCIS Nebraska Service Center
850 S. Street
Lincoln, NE 68508


_____    3/12/08
Hongmee Lee                  Date
Attorney for Respondent
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)

## CERTIFICATE OF SERVICE

Re:  Park, Yong Kyu, A96 140 923

I hereby certify that on this 12th day of March, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.

NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Patrick Fitzgerald
U. S. Attorney
219 S. Dearborn, 55th fl.
Chicago, IL 60604


_____  3/12/08
Hongmee Lee                Date
Attorney for Respondent
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)

**CERTIFICATE OF SERVICE**

Re:   Park, Yong Kyu, A96 140 923

I hereby certify that on this _12th_ day of _March_, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.

NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Robert Blackwood
Field Office Director
USCIS Chicago Field Office
101 W. Congress Parkway
Chicago, IL 60605


_____   3/12/08
Hongmee Lee                 Date
Attorney for Respondent
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)

## CERTIFICATE OF SERVICE

Re: Park, Yong Kyu, A96 140 923

I hereby certify that on this 12th day of March, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.

NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Robert S. Mueller III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001


_____    3/12/08
Hongmee Lee                        Date
Attorney for Respondent
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)

## CERTIFICATE OF SERVICE

Re:   Park, Yong Kyu, A96 140 923

I hereby certify that on this 12th day of March, 2008, I caused to be served the following:

A copy of NOTICE OF VOLUNTARY DISMISSAL required to be served by Fed. R. Civ. P 5(a) has been served.

By regular mail to the office at the address set forth below.

NAME AND ADDRESS OF THE PERSONS BEING SERVED:

Michael Chertoff
c/o Office of General Counsel
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528-0300


_____   3/12/08
Hongmee Lee                 Date
Attorney for Respondent
Law Offices of Hongmee Lee, LLC
4001 W. Devon Ave., Suite 204
Chicago, IL 60646
773-427-8870(T)
773-427-8873(F)